UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARLOS SALCIDO,<br><br>                Petitioner,<br>    v.<br>BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00280-MMD-VPC<br><br>ORDER |

In this habeas matter, neither the record nor the Court's administrative records reflect that petitioner has paid the filing fee. The prior order (ECF No. 3) informed petitioner that a failure to timely do so would result in dismissal of the action without further advance notice.

It therefore is ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter final judgment accordingly and close this case.

DATED THIS 19th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE