UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARLOS SALCIDO, | Case No. 3:17-cv-00280-MMD-VPC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BAKER, *et al.*, | |
| Respondents. | |

This habeas matter under 28 U.S.C. § 2254 comes before the Court in connection with a letter (ECF No. 9) filed by petitioner, which the Court has construed liberally as a Rule 60(b) motion for post-judgment relief.

The Court previously dismissed the action without prejudice after petitioner failed to pay the filing fee within the time allowed by a prior October 30, 2017, order. (*See* ECF Nos. 3 through 5.) The mail log declaration filed by respondents reflects that petitioner did not receive any legal mail from the Court from October 2017 through January 2018 prior to the transmittals associated with the dismissal and petitioner's appeal. (ECF No. 12-1.)

The Court accordingly will certify for the Court of Appeals that it is inclined to grant Rule 60(b) relief to petitioner vacating the prior dismissal and reopening the matter, following upon a remand from the appellate court for that purpose. *See, e.g., Gould v. Mutual Life Ins. Co.,* 790 F.2d 769, 772-73 (9th Cir. 1986) (outlining the applicable procedure given the absence of jurisdiction otherwise in the district court to grant relief).

1    It therefore is ordered that the Court certifies for the Court of Appeals that it is
2 inclined to grant Rule 60(b) relief to petitioner vacating the prior dismissal and reopening
3 the matter, following upon a remand from the appellate court for that purpose.
4    The Clerk of Court will send a copy of this order to the Court of Appeals in
5 connection with No. 18-15160 in that court.
6    DATED THIS 2nd day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE