UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARLOS SALCIDO, | Case No. 3:17-cv-00280-MMD-VPC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| BAKER, *et al.*, | |
| Respondents. | |

Following upon the limited remand by the Court of Appeals (ECF No. 14) and this Court's prior order (ECF No. 13), the Court finds that it would be in the interests of justice to grant petitioner Rule 60(b) relief and reopen this matter.

It is therefore ordered that petitioner's prior letter (ECF No. 9) construed as a motion for relief under Rule 60(b) is granted, that the Court's prior order and judgment of dismissal (ECF Nos. 4 and 5) are hereby vacated, and that this action will be reopened.

It is further ordered that petitioner must pay the five dollar ($5.00) filing fee within thirty (30) days of entry of this order. This action will again be dismissed without further advance notice if petitioner fails to do so timely.

The Clerk will send petitioner two copies of this order. Petitioner must make the necessary arrangements to have a copy of this order attached to the check for the filing fee and to further have the check and copy then sent to the Clerk of Court.

DATED THIS 20th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE