UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARLOS SALCIDO, | Case No. 3:17-cv-00280-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BAKER, *et al.*, | |
| Respondents. | |

Respondents' motion for enlargement of time (ECF No. 22) is granted. Respondents will have to and including November 19, 2018, within which to file a response to the petition for writ of habeas corpus in this case.

DATED THIS 16th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE