UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS SALCIDO,<br><br>　　　　　　　Petitioner,<br>v.<br>BAKER, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:17-cv-00280-MMD-CBC<br><br>ORDER |

On April 29, 2019, this Court entered an order finding the petition in this action to be mixed, containing both exhausted and unexhausted claims. (ECF No. 29.) In response, Petitioner has moved to dismiss the unexhausted claims only from his petition. (ECF No. 30.)

It is therefore ordered that the motion to dismiss (ECF No. 30) is granted. Grounds 2 and 5 are dismissed without prejudice in their entirety; Ground 7 is dismissed without prejudice to the extent it relies on any claims not raised in petitioner's *Lozada* appeal.

It is further ordered that Respondents will file an answer to the remaining claims of the petition within sixty days of the date of entry of this order. Petitioner will have thirty days from service of the answer within which to file a reply.

DATED THIS 7th day of May 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE