UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARLOS SALCIDO,<br><br>                Petitioner,<br>v.<br><br>BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:17-cv-00280-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' motion for enlargement of time (ECF No. 32) is granted. Respondents will have to and including August 22, 2019, to file an answer to the surviving claims of the petition in this case.

DATED THIS 5th day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE