UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS SALCIDO,<br><br>                  Petitioner,<br>     v.<br>BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00280-MMD-CBC<br><br>ORDER |

Court mail has been returned from the last institutional address given by Petitioner with a notation indicating that he no longer is at the institution and has been paroled. (ECF No. 34.) The inmate locator on the state corrections department's website similarly reflects that Petitioner has been released. Petitioner has not filed an updated notice of change of address. Local Rule IA 3-1 requires that Petitioner immediately file written notification of any change of address.

It is therefore ordered that Petitioner will update his address with the Court within 30 days of the date of entry of this order. Failure to do so will result in the dismissal of the petition in this action without prejudice and without further advance notice.

DATED THIS 16th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE